```
                                                            USDC SDNY
                                                            DOCUMENT
UNITED STATES DISTRICT COURT                                ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                               DOC #:_____
---------------------------------------------------------------X    DATE FILED:  5/1/2020
                                                       :
DAVID M. ROEDER, SUSANNE A. ROEDER,                    :
RODNEY SICKMANN, DON COOKE, and MARK                   :
SCHAEFER, individually and on behalf of a class of     :
similarly situated individuals,                        :       20-cv-2400 (LJL)
                                                       :
                       Plaintiffs,                     :       ORDER
                                                       :
         -v-                                           :
                                                       :
J.P. MORGAN CHASE & CO., and JPMORGAN                  :
CHASE BANK, N.A.,                                      :
                                                       :
                       Defendants.                     :
                                                       :
---------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The parties submitted a proposed case management plan in advance of the initial pretrial conference on April 28, 2020. Dkt. No. 13. At the conference, the Court ordered a new schedule as follows:

- Initial disclosures shall be made by May 12, 2020;
- Initial interrogatories shall be served by May 12, 2020;
- Initial requests for production shall be served by May 28, 2020, but the parties need not submit responses until thirty (30) days after the Court's decision on the anticipated motion to dismiss;
- Defendants' motion to dismiss is due June 5, 2020, Plaintiffs' opposition is due July 17, 2020, and Plaintiffs' reply is due August 7, 2020;
- All party fact and expert discovery is stayed during the pendency of the motion to dismiss and until the Court's decision on the motion to dismiss, but the parties may serve third-party subpoenas.

The Court will schedule a status conference if the motion to dismiss is denied in whole or in part. At that time, the parties will be ordered to submit a new case management plan setting

forth a proposed schedule for the remainder of the case.

    SO ORDERED.

Dated: May 1, 2020
       New York, New York

                                          LEWIS J. LIMAN
                                      United States District Judge