```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/6/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
 :
DAVID M. ROEDER, individually and on behalf of a :
class of similarly situated individuals, et al., :
 :
                              Plaintiffs, :      20-cv-2400 (LJL)
 :
         -v- :      <u>ORDER</u>
 :
J.P. MORGAN CHASE & CO., et al., :
 :
                             Defendants. :
 :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The Complaint in this action was filed on March 18, 2020. Dkt. No. 1. Defendants filed a motion to dismiss on June 5, 2020. Dkt. No. 36.

       Plaintiff timely filed its Amended Complaint on June 26, 2020, Dkt. No. 39, and Defendants filed a new motion to dismiss on July 27, 2020, Dkt. No. 42.

       Pursuant to Paragraph 3(B) of the Court's Individual Rules of Practice in Civil Cases, the previously-filed motion to dismiss is DENIED as MOOT. The Clerk of Court is respectfully directed to close Dkt. No. 36.

       SO ORDERED.

Dated: August 6, 2020
       New York, New York                        _____
                                                                LEWIS J. LIMAN
                                                                 United States District Judge