```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/5/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
DAVID M. ROEDER, SUSANNE A. ROEDER,              :
RODNEY SICKMANN, DON COOKE, and MARK       :
SCHAEFER, individually and on behalf of a class of     :
similarly situated individuals,                                             :       20-cv-2400 (LJL)
:
                     Plaintiffs,                                  :       ORDER
:
        -v-                                                              :
:
J.P. MORGAN CHASE & CO., et al.,                                :
:
                     Defendants.                              :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The Court is in receipt of Defendants' motion to dismiss the amended complaint. *See* Dkt. No. 42.

       It is hereby ORDERED that a hearing is scheduled for February 12, 2021 at 11:00 a.m. Parties are directed to dial into the Court's teleconference line at 888-251-2909, Access Code 2123101, and follow the necessary prompts.

       SO ORDERED.

Dated: January 5, 2021                              _____
       New York, New York                                              LEWIS J. LIMAN
                                                                         United States District Judge