**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
DAVID M. ROEDER, SUSANNE A. ROEDER,
RODNEY SICKMANN, DON COOKE, and
MARK SCHAEFER, individually and on behalf of a
class of similarly situated individuals,

                          Plaintiffs,

          -against-                                    20 **CIVIL** 2400 (LJL)

                                                    **JUDGMENT**

J.P. MORGAN CHASE & CO., et al.,


                           Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion and Order dated February 26, 2021, the motion to dismiss is granted; Plaintiffs' remaining arguments are denied as moot; accordingly, the case is closed.

**Dated:**  New York, New York
           February 26, 2021

                                                            **RUBY J. KRAJICK**
                                                             _____
                                                                **Clerk of Court**
                                                 **BY:**
                                                                **Deputy Clerk**